UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FELIX SALMERON,
*on behalf of himself, FLSA collective Plaintiffs and the Class,*

        Plaintiff,

-against-

20E FRAME INC.,
    d/b/a ETC. EATERY,
341 FRAME INC.,
    d/b/a ETC. EATERY,
PYONG SU SON and ELLY KIM,

        Defendants.

Case No.: 20-cv-01813

**NOTICE OF ACCEPTANCE**
**OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff, FELIX SALMERON, hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated August 16, 2021 and annexed hereto as **Exhibit A**.

Dated: August 18, 2021

Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff*