UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FELIX SALMERON,
*on behalf of himself, FLSA collective Plaintiffs and the Class,*

      Plaintiff,

-against-

20E FRAME INC.,
    d/b/a ETC. EATERY,
341 FRAME INC.,
    d/b/a ETC. EATERY,
PYONG SU SON and ELLY KIM,

      Defendants.

---

Case No.: 20-cv-01813

**RULE 68 JUDGMENT**

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants 20E Frame Inc. d/b/a ETC. Eatery, 341 Frame Inc. d/b/a ETC. Eatery, Pyong Su Son and Elly Kim ("Defendants") having offered to allow Plaintiff Felix Salmeron ("Plaintiff") to take a judgment against them, in the sum of Ten Thousand Dollars and No Cents ($10,000.00), with respect to Plaintiff's federal claims only under the Fair Labor Standards Act, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated August 16, 2021 and filed as Exhibit A to Docket Number 63;

    **WHEREAS**, on August 18, 2021, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 63);

    It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Felix Salmeron, in the sum of Ten Thousand Dollars and No Cents ($10,000.00), in

accordance with the terms and conditions of Defendants' Rule 68 Offer dated August 16, 2021 and filed as Exhibit A to Docket Number 63.

**SO ORDERED:**

Dated: _August 18_, 2021
         New York, New York

_____
U.S.D.J.