**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

FELIX SALMERON,
*on behalf of himself, FLSA collective Plaintiffs*
*and the Class,*

                Plaintiff,

                -against-

20E FRAME INC.,
        d/b/a ETC. EATERY,
341 FRAME INC.,
        d/b/a ETC. EATERY,
PYONG SU SON and ELLY KIM,

                Defendants.

Case No.: 20-cv-01813

**STIPULATION OF DISMISSAL**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel, that (i) the individual Fair Labor Standards Act ("FLSA") claims of Plaintiff are dismissed with prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), and (ii) all other claims of the Plaintiff and the class are voluntarily dismissed without prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

*For Defendants:*                          *For Plaintiff:*

By: _____              By: _____
Jonathan Yoon Sue, Esq.                   C.K. Lee, Esq.
Law Offices of Jonathan Y. Sue, PLLC      Lee Litigation Group, PLLC
303 Fifth Avenue, Suite 1207              148 West 24th Street, Eighth Floor
New York, NY 10016                        New York, New York 10011
Phone: (212) 967-1001                     Phone: (212) 465-1188

Date: August ___, 2021                    Date: August 18, 2021

SO ORDERED

_____                  _____
U.S.D.J.                                  August 18, 2021
                                          DATED


The Clerk of Court is directed to terminate all pending motions,
adjourn all remaining dates, and close this case.